# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32450**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Ryan E. KITE**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary
Decided 21 February 2018

————————————

*Military Judge:* John C. Degnan.

*Approved sentence:* Bad-conduct discharge, confinement for 10 months, reduction to E-1, and a reprimand. Sentence adjudged 26 October 2016 by SpCM convened at Whiteman Air Force Base, Missouri.

*For Appellant:* Major Patrick A. Clary, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Mary Ellen Payne, Esquire.

Before HARDING, SPERANZA, and HUYGEN, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.*

FOR THE COURT

JULIE L. ADAMS
Acting Clerk of the Court

---

* Prior to arraignment, a minor change was made to the Specification of Charge III. "Missouri" was deleted and replaced with "Illinois." The court-martial order (CMO) and report of result of trial, however, do not reflect the change. We order promulgation of a corrected CMO to accurately reflect the Specification of Charge III.